**No. 10-9819. Clarence Haywood, Petitioner v. Stephen Hillman, Chief Magistrate Judge, United States District Court for the Central District of California, et al.**

563 U.S. 1012, 131 S. Ct. 2925, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3847,

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 296.

**No. 10-9843. Melvin Centeno, Petitioner v. Marcus Hardy, Warden.**

563 U.S. 1012, 131 S. Ct. 2911, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3996,

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9866. Raymond Engle, Petitioner v. Ohio.**

563 U.S. 1012, 131 S. Ct. 2911, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 4000.

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Montgomery County, denied.

**No. 10-9879. James Barksdale, Petitioner v. Gladyse C. Taylor, Acting Director, Illinois Department of Corrections, et al.**

563 U.S. 1012, 131 S. Ct. 2912, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3860.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9890. Danny Hearns, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

563 U.S. 1012, 131 S. Ct. 2912, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3833,

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9896. Marilyn McCoy Norwood, Petitioner v. Board of Trustees of University of Arkansas at Little Rock.**

563 U.S. 1012, 131 S. Ct. 2925, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3875,

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 407 Fed. Appx. 986.

**No. 10-9897. Jose Sandoval, Petitioner v. Nebraska.**

563 U.S. 1012, 131 S. Ct. 2912, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3985.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 280 Neb. 309, 788 N.W.2d 172.